UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | LA CV18-01686 JAK (RAOx) | Date | March 5, 2019 |
|---|---|---|---|
| Title | Move Press, LLC v. Peloton Interactive, Inc. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Michael D. Harris | Jedediah Wakefield |
| Marina L. Lang | Ciara N. McHale |

**Proceedings:** **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DKT. 36)**

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON TRADEMARK INFRINGEMENT AND RELATED CLAIMS (DKT. 43)**

**STATUS CONFERENCE RE DISCOVERY**

The motion hearing is held. The Court states its tentative views that it is inclined to deny Plaintiff's Motion for Summary Judgment on Trademark Infringement and Related Claims (the "Plaintiff's Motion") because there are triable issues of material fact as to Plaintiff's trademark infringement claim. The Court states that whether Defendant's Motion for Summary Judgment (the "Defendant's Motion") raises triable issues of fact as to the laches defense is a matter that warrants discussion with counsel at the hearing. The Court identifies the elements of the laches defense that have been presented to facilitate the discussion. Counsel address the Court on both Plaintiff's Motion and Defendant's Motion. At the conclusion of the hearing both are taken **UNDER SUBMISSION**, with a written ruling to be issued.

The status conference on discovery deadlines is not held. An order will be issued with respect to that matter (Dkt. 35) together with the order on the Plaintiff's Motion and Defendant's Motion.

**IT IS SO ORDERED.**

|  | 1 | : | 28 |
|---|---|---|---|
| Initials of Preparer | ak | | |