UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOVE PRESS, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br>   v.<br>PELOTON INTERACTIVE, INC., a Delaware corporation,<br><br>            Defendant. | No.: 2:18-cv-01686-JAK-RAO<br><br>**JUDGMENT**<br><br>**JS-6** |
| And related counterclaims. | |

In accordance with the Court's Order on Motions for Summary Judgment and Federal Rule of Civil Procedure 54(b), judgment in this action is hereby entered in favor of Defendant Peloton Interactive, Inc. and against Plaintiff Move Press, LLC. It is hereby Ordered and adjudged that Plaintiff take nothing, and that Plaintiff's claims be dismissed on the merits.

IT IS SO ORDERED.

Dated: November 25, 2019

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE